STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
MARCOS D. SASSO (State Bar No. 228905)
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959

Attorneys for Defendant
  Citibank (South Dakota), N.A., successor in interest to
  Citibank USA, National Association

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER D. ROMERO,<br><br>   Plaintiff,<br><br>   v.<br><br>CITIBANK USA, NATIONAL ASSOCIATION,<br><br>   Defendant. | **No. 1:07-CV-00549-OWW-SMS**<br><br>**JUDGMENT**<br><br>Hearing<br>Date: September 10, 2007<br>Time: 10:00 a.m.<br>Courtroom: 3 |

50370242V1

PDF created with pdfFactory trial version www.pdffactory.com

The Motion to Confirm Arbitration Award (the "Motion") of defendant Citibank (South Dakota), N.A., successor in interest to Citibank USA, National Association ("Citibank"), came on for hearing on September 10, 2007 in Courtroom 3 of the above captioned Court, the Honorable Oliver W. Wanger, presiding.  Marcos D. Sasso of Stroock & Stroock & Lavan LLP appeared on behalf of Citibank.  No appearances were made on behalf of plaintiff Roger D. Romero.

After considering the Motion, all papers submitted in support of the Motion, as well as all papers and pleadings submitted in this action, and all other matters presented, and, good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion is granted and the Arbitration Award, dated April 14, 2007, and issued by the American Arbitration Association in the arbitration proceeding entitled <u>Roger D. Romero v. Citibank USA, National Association</u>, AAA Ref. No. 74 148 E 00244 06 LIAL, is confirmed.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that judgment is entered against Plaintiff Roger D. Romero and in favor of Citibank. Citibank shall recover the amount of $6,108.85 against Romero as set forth in the Arbitration Award.  Citibank shall recover all costs incurred in enforcing the Arbitration Award pursuant to a Bill of Costs.

Dated:  September 12, 2007            /s/ OLIVER W. WANGER
                                      _____
                                      The Honorable Oliver W. Wanger
                                      United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Los Angeles, California 90067-3086.

    On September 11, 2007, I served the foregoing document(s) described as: **[PROPOSED] JUDGMENT** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

> Roger D. Romero
> P.O. Box 1446
> Bishop, California 93515

☐ **(VIA PERSONAL SERVICE)** By causing to be delivered the document(s) listed above to the person(s) at the address(es) set forth above.

☒ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth below.

☐ **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

☐ **(VIA OVERNIGHT DELIVERY)** By causing such envelope to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express or by a similar overnight delivery service.

    I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on September 11, 2007, at Los Angeles, California.

| Gayle Grace | /s/ Gayle Grace |
|---|---|
| [Type or Print Name] | [Signature] |

50370242V1

PDF created with pdfFactory trial version www.pdffactory.com