1  STROOCK & STROOCK & LAVAN LLP
LISA M. SIMONETTI (State Bar No. 165996)
2  MARCOS D. SASSO (State Bar No. 228905)
A.R. KACHADOORIAN (State Bar. No. 240601)
3  2029 Century Park East, Suite 1800
Los Angeles, California  90067-3086
4  Telephone: 310-556-5800
Facsimile: 310-556-5959
5
Attorneys for Defendant
6  Citibank (South Dakota), N.A., successor in interest to
Citibank USA, National Association
7

8                **UNITED STATES DISTRICT COURT**

9                **EASTERN DISTRICT OF CALIFORNIA**

10

11  ROGER D. ROMERO                )    No.  1:07-CV-00549-OWW-SMS
                                   )
12            Plaintiff,           )
                                   )    **STIPULATION AND ORDER**
13       v.                        )    **CONTINUING HEARING DATE**
                                   )
14  CITIBANK USA, NATIONAL         )    <u>Current Hearing Date:</u>
    ASSOCIATION,                   )    Date:  January 14, 2008
15                                 )    Time:  10:00 a.m.
                                   )    Courtroom:  3
16            Defendant.           )
                                   )    <u>Proposed Continued Hearing Date:</u>
17                                 )    Date:  January 28, 2008
                                   )    Time:  10:00 a.m.
18                                 )    Courtroom:  3
                                   )
19                                 )
                                   )
20                                 )
                                   )
21  _____    )

22

23

24

25

26

27

28

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California  90067-3086

PDF created with pdfFactory trial version www.pdffactory.com

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

1

## STIPULATION

2    WHEREAS, on September 14, 2007, Roger Romero ("Romero") filed a

3   motion to vacate (the "Motion to Vacate'") the arbitration award issued in

4   connection with arbitration proceedings between Citibank (South Dakota), N.A.

5   ("Citibank") and Romero before this action's commencement

6    WHEREAS, on October 16, 2007, Citibank filed an opposition to the Motion

7   to Vacate;

8    WHEREAS, the hearing on Romero's Motion to Vacate was originally

9   scheduled to occur on November 5, 2007;

10    WHEREAS, on October 31, 2007, Romero filed a motion to continue the

11   hearing date due to his unavailability on November 5, 2007;

12    WHEREAS, on November 2, 2007, the Court granted Romero's motion to

13   continue the hearing on the Motion to Vacate and ordered the hearing continued to

14   December 3, 2007;

15    WHEREAS, Romero subsequently advised that he was unavailable on

16   December 3, 2007 and requested a further continuance of the hearing date, to which

17   Citibank agreed and which the Court granted;

18    WHEREAS, the hearing on the Motion to Vacate currently is scheduled to

19   occur on January 14, 2008 at 10:00 a.m. in Courtroom 3 of the above-captioned

20   Court;

21    WHERAS, on January 2, 2008, Romero advised that he is unavailable to

22   attend the hearing on January 14, 2008 and requested, and Citibank agreed, to

23   continue the hearing to January 28, 2008;

24    WHEREAS, good cause for continuing the hearing exists because it will

25   facilitate both parties' participation in the hearing; and

26    WHEREAS, this Stipulation is entered into in good faith and not for purposes

27   of delay.

28

- 1 -
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE

LA 51017803

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED, by and between Romero and Citibank, and through Citibank's counsel of record, that the hearing on the Motion to Vacate filed by Romero shall be continued to January 28, 2008 at 10:00 a.m.

IT IS SO STIPULATED.

Dated:  January ____, 2008                ROGER ROMERO


By: _____/s/_____
                              Roger Romero

Defendant in pro se


Dated:  January ___, 2008                STROOCK & STROOCK & LAVAN LLP
                                                         LISA M. SIMONETTI
                                                         MARCOS D. SASSO
                                                         ALEXANDRIA R. KACHADOORIAN


By: _____/s/_____
                              Marcos D. Sasso

Attorneys for Plaintiff
        CITIBANK (SOUTH DAKOTA), N.A.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

- 2 -
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE

LA 51017803

PDF created with pdfFactory trial version www.pdffactory.com

1

## ORDER

2      IT IS HEREBY ORDERED that, pursuant to the Stipulation between the

3   parties, the hearing on the Motion to Vacate filed by Romero is continued to January

4   28, 2008 at 10:00 a.m.

5      **IT IS SO ORDERED.**

6

7

8   Dated: January  17, 2008        _/s/ OLIVER W WANGER_____

9                                         The Honorable Oliver Wanger
                                          United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California  90067-3086

- 3 -
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE

LA 51017803

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                          )   ss
COUNTY OF LOS        )
ANGELES

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action.  My business address is: 2029 Century Park East, Los Angeles, California  90067-3086.

On January 15, 2008, I served the foregoing document(s) described as: **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Roger D. Romero
P.O. Box 1446
Bishop, California 93515

O    **(VIA PERSONAL SERVICE)**  By causing to be delivered the document(s) listed above to the person(s) at the address(es) set forth above.

X    **(VIA U.S. MAIL)**  In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth below.

O    **(VIA FACSIMILE)**  By causing such document to be delivered to the office of the addressee via facsimile.

O    **(VIA OVERNIGHT DELIVERY)**  By causing such envelope to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express or by a similar overnight delivery service.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on January 15, 2008, at Los Angeles, California.

Gayle Grace                          /s/
[Type or Print Name]                [Signature]

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California  90067-3086

LA 51017803

PDF created with pdfFactory trial version www.pdffactory.com