```
                              FILED
                        JUDGMENT ENTERED

                        ___March 13, 2008____
                                Date
                           by _____G. Lucas___
                              Deputy Clerk
                           U.S. District Court
                        Eastern District of California
                        __XX___  FILE CLOSED
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROGER D. ROMERO,

     Plaintiff,

                             **JUDGMENT IN A CIVIL ACTION**

vs.

                             1:07-CV-549-OWW SMS

CITIBANK USA, etc.,

     Defendant.

_____/


       DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

       IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's motion to vacate the arbitration award is denied and plaintiff's motion to dismiss is granted.

DATED:  March 13, 2008

                                         VICTORIA C. MINOR, Clerk

                                         /S/ G. Lucas
                          By:
                                         Deputy Clerk

jgm.civ
2/1/95